## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In re:

JEFFREY EDMUND DOWD and                          JUDGMENT
EMMALINE BERNADETTE DOWD,

     Debtors.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JEFFREY EDMUND DOWD,

     Plaintiff,                                          BKY 14-32703

v.                                                            ADV 15-3023

NYSTROM AND ASSOCIATES, LTD,

     Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

     This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Gregory F. Kishel, Chief United States Bankruptcy Judge, presiding.

     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

     The debt of the Plaintiff to the Defendant for medical services was discharged by the discharge granted to the Plaintiff in BKY 14-32703 on September 30, 2014.

Dated:  May 20, 2015                              Lori Vosejpka
At:      St. Paul, Minnesota.                      Clerk of Bankruptcy Court


                                                   By \e\ *Judy Brooks*
                                                   Deputy Clerk

```
NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 05/20/2015
Lori Vosejpka, Clerk, By JRB, Deputy Clerk
```